VICTOR CORONEL, Appellant, v THE CHASE MANHATTAN BANK, Respondent.

Submitted July 10, 2006; decided September 19, 2006

Motion to vacate the Court of Appeals' May 15, 2006 order of dismissal granted [*see* 6 NY3d 892]. Motion for leave to appeal dismissed as academic.

Judge G.B. SMITH taking no part.

---

HIGHLAND CAPITAL MANAGEMENT LP, Appellant-Respondent, v LEONARD SCHNEIDER et al., Defendants and Third-Party Plaintiffs-Respondents-Appellants, et al., Respondent. RBC DOMINION SECURITIES CORP., Third-Party Defendant-Respondent-Appellant.

Submitted September 8, 2006; decided September 19, 2006

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH.